## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| ROLIN CONSTRUCTION, INC., | : | |
| Plaintiff, | : | |
| vs. | : | CA 18-0032-MU |
| WIND CLAN CONSTRUCTION COMPANY, INC., | : | |
| | : | |
| Defendant. | | |

## **JUDGMENT**

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Wind Clan pay to Rolin, as damages for its breach of the May 8 or 9, 2017 oral contract between the two parties, the following: (1) direct costs totaling **$39,453.00**, **less** any monies in this total attributable to work that Rolin specifically agreed to "eat" during the November 14, 2017 subcontractor meeting; (2) the **$86,202.54** Rolin paid to Willard Rogers to correct Wind Clan's drywall work (to get it to level 4) and, once corrected, to repaint the drywall work; and (3) the **$25,600.00** Rolin paid to Bagby & Russell for replacing its (B&R's) previous work that Wind Clan ripped out to make corrections to Wind Clan work.

It is further **ORDERED**, **ADJUDGED**, and **DECREED** that Rolin (or its surety) pay to Wind Clan **$120,600.00** under the written subcontract for the reasons articulated in the Court's Order, as well as the **$15,050.92** remaining out of the contract price after making

2

all proper deductions.

    **DONE** this the 24th day of April, 2020.

                                   s/P. Bradley Murray
                                   **UNITED STATES MAGISTRATE JUDGE**